UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:21-CV-131-D

NORTH BERKELEY DEVELOPMENT )
ASSOCIATES, LLC, )
)
       **Plaintiff,** )
)
v. )
)
SELECTIVE INSURANCE )
COMPANY OF SOUTH CAROLINA, )
)
       **Defendant.** )
_____)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of Plaintiff's Complaint, this action and all claims alleged in this action, with prejudice. Each party is to bear its own costs.

This the 2nd day of September, 2022.

    /s/George Mason Oliver
    George Mason Oliver, Esq.
    N.C. State Bar #26587
    The Law Offices of Oliver & Cheek, PLLC
    405 Middle Street
    PO Box 1548
    New Bern, NC 28563
    Telephone: 252-633-1930
    Facsimile: 252-633-1950
    Email: george@olivercheek.com
    *Counsel for Plaintiff*


    /s/James W. Bryan
    James W. Bryan, Esq.
    N.C. State Bar #16575
    Email: jbryan@nexsenpruet.com

Nexsen Pruet, PLLC
701 Green Valley Road, Suite 100
Greensboro, NC 27408
Telephone: (336) 387-5122
Facsimile: (336) 273-5357
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

    That I am at all times hereinafter mentioned was, more than eighteen (18) years of age;

    That on the 2nd day of September, 2022, I served copies of the foregoing pleading on the parties listed below electronically as indicated.

    I certify under penalty of perjury that the foregoing is true and correct.

    This the 2nd day of September, 2022.

/s/George Mason Oliver
George Mason Oliver, Esq.
N.C. State Bar #26587
The Law Offices of Oliver & Cheek, PLLC
PO Box 1548
New Bern, NC 28563
Telephone: 252-633-1930
Facsimile: 252-633-1950
Email: george@olivercheek.com
*Counsel for Plaintiff*

cc:

James W. Bryan, Esq.     (via ECF)
Nexsen Pruet, PLLC
*Counsel for Defendant*